| Attorney or Party without Attorney: <br> BURSOR & FISHER, P.A. <br> 1990 N. CALIFORNIA BLVD. <br> SUITE 940 <br> WALNUT CREEK, CA 94596 <br> Telephone No: 925-300-4455 <br><br> Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| Ref. No. or File No.: | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Northern District Of California | | | | |
| Plaintiff: ANDREW GASSER | | | | |
| Defendant: KISS MY FACE, LLC | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:17-CV-01675-JSC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER SETTING INTITAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. Party served:            KISS MY FACE, LLC
   b. Person served:           AMY MCLAREN, SECTION HEAD, CORPORATION TRUST CENTER, REGISTERED AGENT..

4. Address where the party was served:   1209 ORANGE STREET
                                         WILMINGTON, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Apr. 07, 2017 (2) at: 2:30PM

7. *Person Who Served Papers:*                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. FRANK JOYCE                                    d. *The Fee for Service was:*

   600 W. Santa Ana Boulevard, Suite 101             e. I am: Not a Registered California Process Server
   Santa Ana, CA 92701
   Telephone   (714) 541-1110
   FAX         (714) 541-8182
   www.firstlegalnetwork.com

   First Legal

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Apr. 10, 2017

|  Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | (FRANK JOYCE) <br> 7381089;rr.burfi.884075 |
|---|---|---|