**DIESCH FORREST, APC**
ANGELA L. DIESCH / Bar No. 256253
6542 Lonetree Boulevard
Rocklin, CA 95765
Tele: (916) 740-6470
Email: angela@dieschforrestlaw.com

Attorneys for Defendant
KISS MY FACE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GASSER, and all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KISS MY FACE, LLC,<br><br>Defendants. | Case No. 3:17-cv-01675-JSC<br><br>**NOTICE OF CHANGE OF LAW FIRM AFFILIATION OF COUNSEL FOR DEFENDANT KISS MY FACE, LLC** |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Angela Diesch, counsel for Kiss My Face, LLC is no longer affiliated with Freeman Mathis & Gary, LLP, and is now affiliated with the law firm of Diesch Forrest, APC, located at 6542 Lonetree Boulevard, Rocklin, CA 95765 Tel (916) 740-6470.

Dated: May 11, 2017                             DIESCH FORREST, APC


                                                 */S/ Angela L. Diesch*
                                                 ANGELA L. DIESCH
                                                 Attorneys for Defendant Kiss My Face, LLC