1  **DIESCH FORREST, APC**
   ANGELA L. DIESCH / Bar No. 256253
2  EMMA L FORREST / Bar No. 206985
   6542 Lonetree Blvd.
3  Rocklin, CA 95765
   TELE: (916) 740-6470; FAX: (916)740-6460
4
   Attorneys for Defendant
5  KISS MY FACE, LLC

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  ANDREW GASSER, and all other persons similarly situated, | Case No. 3:17-CV-01675-JSC |
| 11         Plaintiff, | **[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERSIZED BRIEF ON MOTION TO DISMISS** |
| 12    vs. | |
| 13  KISS MY FACE LLC, | |
| 14         Defendants. | |

15

16

17     The Court having considered all of the arguments presented by counsel related to Defendant

18 Kiss My Face, LLC's Motion for Leave to File Oversized Brief, good cause appearing therefor:

19     IT IS HEREBY ORDERED that Defendant Kiss My Face, LLC's Motion for Leave to File

20 Oversized Brief is GRANTED.

21

22 DATED: June 22, 2017                  _/s/ Jacqueline Scott Corley_

                                          Magistrate Judge Jacqueline Scott Corley

23                                        USDC, Northern District of California

24

25

26

27

**DIESCH FORREST APC**
Attorneys at Law

28