UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GASSER, et al.,<br>Plaintiffs,<br>v.<br>KISS MY FACE, LLC,<br>Defendant. | Case No. 17-cv-01675-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the Further Case Management Conference held on January 18, 2018, IT IS ORDERED THAT:

## I. CASE MANAGEMENT SCHEDULE

| | |
|---|---|
| Plaintiffs' Motion for Class Certification Due: | September 21, 2018 |
| Defendant's Opposition to Class Certification Due:<br>(including expert reports in support of the opposition): | October 22, 2018 |
| Plaintiff's Reply for Class Certification Due: | November 21, 2018 |
| Hearing on Class Certification Motion: | December 13, 2018 9:00 a.m. |

The Court will schedule a further Case Management Conference after the Court's order on Plaintiff's motion for class certification and thereafter will issue a second pretrial order outlining the remaining items for the case management schedule including deadlines for dispositive motions and the dates for the pretrial conference and trial.

Defendant shall file a motion for judgment on the pleadings in the form of a letter brief regarding whether Plaintiffs have pled sufficient allegations to overcome the deficiencies identified in the Court's order on Defendant's motion to dismiss. Defendant shall file his letter brief by February 8, 2018, Plaintiffs shall submit their opposition by 22, 2018, and Defendant will

file its reply brief by March 1, 2018.  The Court will take the filing under submission and will not schedule a hearing unless necessary.

The parties are referred to the Court's ADR program for a mediation to occur by June 29, 2018.

**IT IS SO ORDERED**.

Dated:  January 19, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge