UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GASSER, ET AL., <br>     Plaintiffs, <br> v. <br> KISS MY FACE, LLC, <br>     Defendant. | Case No. 17-cv-01675-JSC <br><br> **ORDER DENYING MOTION TO SEAL** <br><br> Re: Dkt. No. 67 |

In connection with their opposition to Defendant's motion for judgment on the pleadings, Plaintiffs filed certain documents under seal as Defendant had designated the documents as confidential. Pursuant to Civil Local Rule 79-5(e), Defendant was required to file a declaration supporting the filing of the information under seal. Defendant did not do so. Accordingly, Plaintiffs' administrative motion to file under seal is DENIED.

This Order disposes of Docket No. 67.

**IT IS SO ORDERED.**

Dated: June 18, 2018

JACQUELINE SCOTT CORLEY
United States Magistrate Judge