**DIESCH FORREST APC**
ANGELA L. DIESCH / Bar No. 256253
STEPHEN E. PAFFRATH / Bar No. 195932
2207 Plaza Drive, Suite 300
Rocklin, California  95765
Telephone:. (916) 740-6470
Facsimile:. (916) 740-6460
angela@dieschforrestlaw.com
stephen@dieschforrestlaw.com

Attorneys for Defendant
KISS MY FACE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GASSER, NORIKO IKEDA, MELINDA KELLY, and all other persons similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br>KISS MY FACE LLC,<br>　　　　　　　Defendants. | Case No. 3:17-CV-01675-JSC<br><br>**DECLARATION OF STEPHEN PAFFRATH IN SUPPORT OF DEFENDANT KISS MY FACE, LLC'S MOTION TO DISMISS THIRD AMENDED COMPLAINT** |

I, Stephen Paffrath declare as follows:

1. I am an attorney with Diesch Forrest, APC.  I have personal knowledge of the facts stated below, and if I were called as a witness, I could and would competently testify about what I have written in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of a print out of the web page found at the internet address www.truthinaging.com/ingredients/capryliccapric-triglycerides as accessed on July 16, 2018.  This is the web page cited in Plaintiffs' Third Amended Complaint at Paragraph 8, note 7.

I declare under penalty of perjury that the foregoing is correct.  Executed this 16th day of July, 2018 in Sacramento, California.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Stephen E. Paffrath*
　　　　　　　　　　　　　　　　　　　　　　STEPHEN PAFFRATH

---

DECLARATION OF STEPHEN PAFFRATH IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT

EXHIBIT A

Truth Vitality (https://www.truthinaging.com/our-exclusives/truth-vitality)

Sign Up    Login (Https://Www.Truthinaging.Com/Customer/Account/Login/)    (Https://Www.Truthinaging...)

Search (http://www.facebook.com/truthinaging) (https://twitter.com/truthinaging) (http://pinterest.com/truthinaging/) (http://www.youtube.com/user/truthinaging) (https://plus.google.com/u/0/+TruthInAgingCommunity/posts)

# TRUTH IN AGING

(https://www.truthinaging.com/)

The honest truth about beauty & personal care products

Get Involved Today (https://www.truthinaging.com/get-involved)

Ho | Reviews (https://www.truthinaging.com/article) | Ingredients (https://www.truthinaging.com/ingr
(htt
Home > Ingredients > Caprylic/Capric Triglycerides

Community (https://www.truthinaging.com/discussions)    Shop (https://www.truthinaging.com/st

## Caprylic/Capric Triglycerides

* A mixed triester derived from coconut oil and glycerin. It comes in the form of an oily liquid and is sometimes mistakenly referred to as fractionated coconut oil.

Caprylic mainly works as an emollient, dispersing agent and solvent. As an emollient, it both penetrates the surface to condition the skin/hair, and provides a lightweight and non-greas lubrication. As a dispersing agent, it helps enhance the delivery of vitamins, pigments and o ingredients contained in a solution so that they become evenly spread out and fully absorbe epidermis. It's oily texture helps thicken cosmetic formulations and provides a slipperiness turn allows for the easy spreadability of solutions and a smooth after-touch. Cosmetic man highly value this ingredient for its lack of color and odor, as well as for its stability. It posses great stability and resistance to oxidation, in fact, that it has an almost indefinite shelf life. this ingredient in personal care products such as facial moisturizer, lipstick, anti-aging seru sunscreen, foundation, eye cream and lip/eye liner.

* A mixed triester derived from coconut oil and glycerin. It comes in the form of an oily liquid, and is sometimes mistakenly referred to as fractionated coconut oil.

Functions:

Caprylic mainly works as an emollient, dispersing agent and solvent. As an emollient, it both quickly penetrates the surface to condition the skin/hair, and provides a lightweight and non-greasy barrier of lubrication. As a dispersing agent, it helps enhance the delivery of vitamins, pigments and other active ingredients contained in a solution so that they become evenly spread out and fully absorbed by the epidermis. It's oily texture helps thicken cosmetic formulations and provides a slipperiness, which in turn allows for the easy spreadability of solutions and a smooth after-touch. Cosmetic manufacturers highly value this ingredient for its lack of color and odor, as well as for its stabili uch great stability and resistance to oxidation, in fact, that it has an almost indefinite shelf life. You may

SEND US AN EMAIL!

find this ingredient in personal care products such as facial moisturizer, lipstick, anti-aging serums, sunscreen, foundation, eye cream and lip/eye liner.

Safety Measures/Side Effects:

The EU Cosmetics Directive (http://ec.europa.eu/enterprise/cosmetics/html/consolidated_dir.htm) allows it to be use in cosmetic and personal care products. The FDA (http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?fr=184.1025&SearchTerm=caprylic) deen caprylic acid (this ingredient's main component) as a Generally Recognized As Safe (GRAS) substance to be used as a food additive. The Cosmetic Ingredient Review (CIR) Expert Panel (http://www.cir-safety.org/) has reviewed the safe of caprylic/capric triglycerides and acknowledged that, when absorbed from the digestive tract, they hydrolyzed and the fatty acids broke down and further metabolized to either carbon dioxide or long-chain fatty acids. Tests involving ingestion, injection, skin and eye exposure showed the ingredient to have very low toxicity. Lastly, it did not demonstrate any potential for skin/eye irritation or sensitization.

Recommended Products With Caprylic/Capric Triglycerides:

Prana Natural Defense SPF25 (http://www.truthinaging.com/prana-natural-defense-spf-25) ($39 in the shop)

As much as possible, products in the Truth In Aging shop (http://www.truthinaging.com/store) are chosen for their safety profile as well as effectiveness.

Sign up for our newsletter to get the latest product reviews and save 10% on all orders over $50

**Sign up ()** for our newsletter to **get latest product reviews (https://www.truthinaging.com/article** **Save 10% ()** on all orders over $50

Did you find this article useful?    YES   -or-   NO

## Products With Caprylic/Capric Triglycerides



(https://www.truthinaging.com/prana-reflect-antioxidant-skin-cream-spf-45)

Prana Reflect BB Creme SPF 45 (https://www.truthinaging.com/



(https://www.truthinaging.com/prana-natural-defense-spf-25)

Prana Natural Defense SPF 25 (https://www.truthinaging.com/natural-defense-spf-25)

## Related Articles

**Reader Review: My Blend Day Cr...**
Posted by Ty The My Blend system, created by Dr. Olivier Co... (https://www.truthinaging.com/review/r review-my-blend-day-creme-08)
Read more (https://www.truthinaging.com/review/reader-review-my-blend-day-creme-08)

**Reviewed and recommended:**
Aveda's recently la Science range has (https://www.truth and-recommended science-firming-fa
Read more (https://www.truthina and-recommended-a science-firming-face-

SEND US AN EMAIL!

cream-spr-45)

**More Articles:**

Reader Review: Another Take on My Blend Day Creme (https://www.truthinaging.com/another-take-on-my-blend-day-creme)

| TRUTH IN AGING'S FIVE BEST | TRUTH IN AGING V... | MEET OUR CONTR... | BE INSPIRED |
|---|---|---|---|
| The very best to choose from for your skin concerns. READ MORE (HTTPS://WWW.TRUTHINAGING.COM/CATEGORY/FIVE-BEST) | Helpful how-tos and reviews from Marta and friends. WATCH NOW (HTTPS://WWW.TRUTHINAGING.COM/CATEGORY/VIDEOS) | The TIA community consists of our trusted reviewers. MEET THEM (HTTPS://WWW.TRUTHINAGING.COM/CONTRIBUTORS) | inspiring thoughts and ideas for aging gracefully. READ MORE (HTTPS://WWW.TRUTHINAGING.COM/BE-INSPIRED) |




## Earn Rewards, get samples, Sign up and SAVE today



**Email**

**Name**

Sign Up



| | | AS FEATURED IN |
|---|---|---|
| HOME (HTTPS://WWW.TRUTHINAGING.COM/) | OUR STORY (HTTPS://WWW.TRUTHINAGING.COM/ABOUT) | |
| REVIEW (HTTPS://WWW.TRUTHINAGING.COM/OUR-ARTICLES) | TRUTH VITALITY EXCLUSIVES (HTTPS://WWW.TRUTHINAGING.COM/OUR-EXCLUSIVES/TRUTH-VITALITY) | (https://www.truthinaging.com/press) |
| INGREDIENTS (HTTPS://WWW.TRUTHINAGING.COM/INGREDIENTS) | CONTACT (HTTPS://WWW.TRUTHINAGING.COM/CONTACTS) | (https://www.truthinaging.com/press) |
| COMMUNITY (HTTPS://WWW.TRUTHINAGING.COM/DISCUSSIONS) | FAQ (HTTPS://WWW.TRUTHINAGING.COM/FAQ) | (https://www.truthinaging.com/press) |
| SHOP (HTTPS://WWW.TRUTHINAGING.COM/STORE) | MEDIA (HTTPS://WWW.TRUTHINAGING.COM/PRESS) | (https://www.truthinaging.com/press) |

©2017 truthinaging.com

TERMS OF USE (HTTPS://WWW.TRUTHINAGING.COM/TERMS)
PRIVACY POLICY (HTTPS://WWW.TRUTHINAGING.COM/PRIVACY-POLICY-COOKIE-RESTRICTION-MODE)
SHIPPING POLICY (HTTPS://WWW.TRUTHINAGING.COM/SHIPPING)    RETURNS POLICY (HTTPS://WWW.TRUTHINAGING.COM/RETURN_POLICY)
RSS (HTTPS://WWW.TRUTHINAGING.COM/RSS)





SEND US AN EMAIL!