UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GASSER, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KISS MY FACE, LLC,<br><br>    Defendant. | Case No. 17-cv-01675-JSC<br><br>**CLASS CERTIFICATION SCHEDULING ORDER** |

Pursuant to the parties' Third Joint Case Management Conference Statement filed September 12, 2018 (Dkt. No. 96), the Court sets the following class certification schedule:

- Plaintiffs file class certification motion, including any expert reports:  March 5, 2019
- Defendant files class certification opposition, including expert reports:  April 16, 2019
- Plaintiffs' reply in support of class certification:  May 14, 2019
- Class Certification Hearing:  May 30, 2019

The Court will set the remaining case schedule at a further cmc following its class certification ruling.

**IT IS SO ORDERED.**

Dated: September 14, 2018

JACQUELINE SCOTT CORLEY
United States Magistrate Judge