**DIESCH FORREST APC**
ANGELA L. DIESCH / Bar No. 256253
STEPHEN E. PAFFRATH / Bar No. 195932
2207 Plaza Drive, Suite 300
Rocklin, CA 95765
Tele: (916) 740-6470
Fax: (916)740-6460
angela@dieschforrestlawcom
stephen@dieschforrestlaw.com

Attorneys for Defendant
KISS MY FACE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GASSER, NORIKO IKEDA, MELINDA KELLY and all other persons similarly situated,<br><br>            Plaintiffs,<br>  vs.<br><br>KISS MY FACE LLC,<br><br>            Defendants. | Case No. 3:17-CV-01675-JSC<br><br>**EMERGENCY UNOPPOSED MOTION PURSUANT TO LOCAL RULES 6-3 AND 7-11 FOR EXPEDITED HEARING ON MOTION TO WITHDRAW AS COUNSEL** |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD: pursuit to Local Rules 6-3 and 7-11, the law firm of Diesch Forrest, APC (herein the "Diesch Firm") hereby respectfully moves the Court to enter an Order at its earliest convenience taking the hearing on the Diesch Firm's pending motion to withdraw as counsel of record for Defendant Kiss My Face, LLC ("KMF") (Dkt No. 101), currently set for December 6, 2018, off calendar, so the Court may immediately proceed to a decision on the merits of that unopposed motion. If the Court determines it needs to hear from counsel on that motion, it can inform the parties when it is available for a telephonic hearing.

Counsel states the following grounds for this Motion:

1. The Diesch Firm on October 26, 2018, filed its motion for leave to withdraw (Dkt No. 101) on the grounds of KMF's continuing failure to make payments pursuant to its retainer agreement with the Diesch Firm for legal representation. The hearing on that motion is noticed for December 6, 2018.

2. On October 30, 2018, the Diesch Firm learned through an internet search that a press release had been recently issued announcing the acquisition of KMF by another entity, Aliph Brands. Declaration of Stephen Paffrath (Paffrath Decl."), ¶ 3. The Diesch Firm had no prior knowledge of such an acquisition transaction. The Diesch Firm made multiple unsuccessful attempts to arrange a phone conference with Aliph Brands' Chief Operating Officer to discuss this action and the Diesch Firm's representation of KMF. Paffrath Decl., ¶ 5.

3. On November 2, 2018, the Diesch Firm's prior contact with KMF, the company's Chief Financial Officer, informed the Diesch Firm that she was no longer an employee of the company and could provide no alternative contact. *Id.,* ¶ 6.

4. On November 8, 2018, the Diesch Firm was provided for the first time with a copy of a "Notice of Dissolution of Kiss My Face, LLC," purporting to inform creditors and shareholders that KMF had been dissolved on November 1, 2018, after a sale of the company's assets that resulted in proceeds insufficient to make payments to creditors. *Id.,* Exhibit A.

5. That same day, the Diesch Firm received a phone call from counsel for Aliph Brands in the acquisition transaction, asserting that Aliph Brands was merely the purchaser in due

course of KMF's business assets, and that consequently Aliph Brands had no role in this action or responsibility for KMF's obligations. *Id.,* ¶ 9.

6. The Diesch Firm thereafter provided Plaintiffs' counsel with a draft stipulation to hear its motion to withdraw on an expedited basis pursuant to Local Rule 6-2. *Id.,* ¶ 10. Plaintiffs' counsel responded that he thought this matter should be brought to the Court through a motion to shorten time because the party most interested in the relief sought was KMF, not Plaintiffs. *Id.,* ¶ 11. Plaintiffs' counsel suggested that the Diesch Firm might submit a stipulation with KMF or its successor in interest for the requested relief. *Id.* The Diesch Firm is unable to seek such a stipulation because, according to KMF's representatives, KMF is dissolved, and the purchaser of its assets, Aliph Brands, does not consider itself to be KMF's successor in interest for purposes of this lawsuit.

7. Plaintiffs' counsel has informed the Diesch Firm it may represent to the Court that Plaintiffs do not oppose a request to shorten time on hearing the motion to withdraw. *Id.,* ¶ 12. In addition, Plaintiffs' last day to file any opposition to the motion to withdraw was November 9, 2018, and no such opposition was filed.

8. The Diesch Firm believes it needs to act quickly to protect its rights as to the amounts owed to it for unpaid legal services, but its ability to do so is restricted while it continues to have obligations as KMF's counsel of record. See *Santa Clara County Counsel Attys. Assn. v. Woodside* (1994) 7 Cal.4th 525, 548-549 (1994) (noting the potential for the duty of loyalty to preclude an attorney's lawsuit against a current client); Los Angeles County Bar Assn. Formal Opn. No. 476 (1994) ("an attorney should withdraw from all matters in which representation is being provided to the client prior to commencing litigation for costs or fees").

9. The Diesch Firm also believes it has an obligation to inform the Court that it understands that KMF has been dissolved, that there is no party that will accept notices from the Diesch Firm on behalf of KMF as to this action, and that neither KMF nor any successor-in-interest, if any such successor in interest exists, intends to further defend KMF in this lawsuit. The Diesch Firm has no stake in how Plaintiffs and the Court address how the matter should go forward, and that determination should not be further delayed by waiting for a hearing on the

1  Diesch Firm's motion to withdraw.

2      WHEREFORE, the Diesch Firm respectfully requests an Order granting this unopposed
3  motion for expedited hearing on the Diesch Firm's unopposed motion to withdraw, and taking the
4  December 6, 2018 hearing off calendar, so the Court may proceed without further delay to rule on
5  the motion to withdraw.  If the Court determines it needs to hear from counsel on that motion, it
6  can inform the parties when it is available for a telephonic hearing.

8  Dated: November 13, 2018                                  Respectfully submitted,

                                                                            */s/ Stephen E. Paffrath*
                                                                            DIESCH FORREST APC
                                                                            Angela L. Diesch
                                                                            Stephen E. Paffrath
                                                                            *Attorneys for Defendant*
                                                                            Kiss My Face, LLC