UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GASSER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KISS MY FACE, LLC,<br><br>　　　　Defendant. | Case No. 17-cv-01675-JSC<br><br>**ORDER RE: MOTION FOR EXPEDITED HEARING ON MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 104 |

　　Before the Court is the "Emergency Unopposed Motion for Expedited Hearing on the Motion to Withdraw as Counsel" filed by Diesch Forrest, APC. (Dkt. No. 104.) Having reviewed the motion, and good cause appearing, the Court grants the motion. The hearing on Diesch Forrest, APC's unopposed motion to withdraw as counsel, (Dkt. No. 101), currently scheduled for December 6, 2018, is rescheduled for November 16, 2018 at 9:00 am. Counsel for both parties may appear by telephone and shall contact Court Call to make the arrangements.

　　**IT IS SO ORDERED.**

Dated: November 14, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge