**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         jsmith@bursor.com
         ykrivoshey@bursor.com

**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan (State Bar No. 208436)
600 W. Broadway, Suite 700
San Diego, California 92101
Telephone; (619)272-7014
Facsimile:  (619)330-1819
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GASSER, NORIKO IKEDA, and MELINDA KELLY, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>     v.<br><br>KISS MY FACE LLC,<br><br>                Defendant. | Case No.  3:17-cv-01675-JSC<br><br>**CASE MANAGEMENT STATEMENT**<br><br>Date:   December 20, 2018<br>Time:   1:30 p.m.<br>Court:  Courtroom No. F, 15th floor |

CASE MANAGEMENT STATEMENT
CASE NO: 3:16-CV-1675-JSC

1   Plaintiffs Andrew Gasser, Melinda Kelly, and Noriko Ikeda ("Plaintiffs") submit this Case
2 Management Statement as required under this Court's November 16, 2018 Order (ECF No. 107),
3 and in connection with Plaintiffs' recently-filed motion for leave to amend and to substitute parties
4 pursuant to Fed. R. Civ. P. 25(c) (the "motion for leave").  ECF No. 108.  Plaintiffs primarily seek
5 to substitute Aliph Brands, LLC ("Aliph") as the defendant (in addition to other amendments
6 described in the motion for leave).  On December 10, 2018, Plaintiffs served Aliph with the motion
7 for leave, along with the proposed Fourth Amended Complaint attached to that motion, and has filed
8 a proof of service.  A hearing on the motion is set for January 24, 2019.

9   Plaintiffs' motion for class certification is due March 5, 2019 (Dkt. No. 97).  Plaintiffs
10 anticipate that Aliph may seek to challenge the pleadings or its status as a successor to KMF, or to
11 seek a modification of the case management schedule.  Plaintiffs respectfully propose that the Court
12 first decide whether to grant or deny the pending motion for leave to amend, and if granted, the
13 parties can promptly meet-and-confer about whether the substitution of Aliph as a defendant
14 warrants a modification of the case management schedule and the current deadline for class
15 certification.

16 Dated:  December 11, 2018                    **BURSOR & FISHER, P.A.**

17                                              By:   */s/ Joel D. Smith*
                                                      Joel D. Smith
18

19                                              L. Timothy Fisher (State Bar No. 191626)
                                                Joel D. Smith (State Bar No. 244902)
20                                              Yeremey O. Krivoshey (State Bar No.295032)
                                                1990 North California Blvd., Suite 940
21                                              Walnut Creek, CA  94596
                                                Telephone: (925) 300-4455
22                                              Email:  ltfisher@bursor.com
                                                        jsmith@bursor.com
23                                                      ykrivoshey@bursor.com

24                                              **NATHAN & ASSOCIATES, APC**
                                                Reuben D. Nathan (State Bar No. 208436)
25                                              600 W. Broadway, Suite 700
                                                San Diego, California 92101
26                                              Telephone: (619)272-7014
                                                E-Mail: rnathan@nathanlawpractice.com
27
                                                *Attorneys for Plaintiffs*
28

CASE MANAGEMENT STATEMENT                                                                            1
CASE NO: 3:16-CV-1675-JSC