TUCKER ELLIS LLP
Ronie M. Schmelz - SBN 130798
ronie.schmelz@tuckerellis.com
Amanda Villalobos - SBN 262176
amanda.villalobos@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:       213.430.3409

*Attorneys for Defendant ALIPH BRANDS, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GASSER NORIKO IKEDA, and MELINDA KELLY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALIPH BRANDS, LLC,<br><br>    Defendant. | Case No. 3:17-cv-01675-JSC<br><br>**DEFENDANT ALIPH BRANDS, LLC'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15** |

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Civil Rule 3-15 of the Northern District of California, the undersigned, counsel of record for Aliph Brands, LLC certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Aliph Brands, LLC

In addition, Aliph Brands, LLC states as follows: Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///

///

///

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

DATED:  March 28, 2019

Respectfully submitted,

TUCKER ELLIS LLP

By:  /s/ *Ronie M. Schmelz*
Ronie M. Schmelz (State Bar No. 130798)
Amanda Villalobos (State Bar No. 262176)
TUCKER ELLIS LLP
515 South Flower Street, 42nd Floor
Los Angeles, California 90071
Tel: 213-430-3400
Fax: 213-430-3409
E-mail:   ronie.schmelz@tuckerellis.com
              amanda.villalobos@tuckerellis.com
*Attorneys for Defendant ALIPH BRANDS, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2019, a copy of the foregoing **DEFENDANT ALIPH BRANDS, LLC'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Ronie M. Schmelz*

Ronie M. Schmelz (130798)
Tucker Ellis LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:  213.430.3375
Facsimile:  213.430.3409
E-mail:  ronie.schmelz@tuckerellis.com
*Attorney[s] for Defendant Aliph Brands, LLC*

1427117.1