**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          jsmith@bursor.com
          ykrivoshey@bursor.com

**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan (State Bar No. 208436)
600 W. Broadway, Suite 700
San Diego, California 92101
Telephone; (619)272-7014
Facsimile: (619)330-1819
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GASSER, NORIKO IKEDA, and MELINDA KELLY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>ALIPH BRANDS, LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 3:17-cv-01675-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO CONTINUE CASE MANAGEMENT CONFERENCE AND TIME FOR PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT** |

| | |
|---|---|
| 1 | This stipulation is entered into by and among Plaintiffs Andrew Gasser, Noriko Ikeda and |
| 2 | Melinda Kelly, and Defendant Aliph Brands, LLC ("Aliph), by and through their respective |
| 3 | counsel: |
| 4 | WHEREAS, on January 24, 2019, the Court granted in part Plaintiffs' Motion for Leave to |
| 5 | Amend and to Substitute Parties (Doc. Nos. 108, 113); |
| 6 | WHEREAS, on January 28, 2019, Plaintiffs filed their currently-operative Fourth Amended |
| 7 | Complaint ("FAC"), which names Aliph as the Defendant in this matter (Doc. No. 116); |
| 8 | WHEREAS, a Further Case Management Conference is currently set for May 22, 2019, and |
| 9 | a Joint Case Management Statement is due May 15, 2019; and |
| 10 | WHEREAS, the Parties have reached a settlement and are in the process of finalizing the |
| 11 | settlement agreement, which is the purpose of continuing the dates for the Parties to file the Joint |
| 12 | Conference Statement and Case Management Conference. |
| 13 | THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to approval by the |
| 14 | Court, as follows: |
| 15 | 1) The currently-scheduled Case Management Conference will be continued to **June 26,** |
| 16 | **2019**, or as soon thereafter as may be heard by the Court, and the parties will file a Joint |
| 17 | Case Management Statement on or before **June 19, 2019**. |
| 18 | |
| 19 | IT IS SO STIPULATED. |
| 20 | Dated: May 8, 2019        **BURSOR & FISHER, P.A.** |
| 21 | |
| 22 |         By:   */s/ Joel D. Smith*                            |
|    |              Joel D. Smith |
| 23 |         L. Timothy Fisher (State Bar No. 191626) |
|    |         Joel D. Smith (State Bar No. 244902) |
| 24 |         Yeremey O. Krivoshey (State Bar No.295032) |
|    |         1990 North California Blvd., Suite 940 |
| 25 |         Walnut Creek, CA  94596 |
|    |         Telephone: (925) 300-4455 |
| 26 |         Email:  ltfisher@bursor.com |
|    |                    jsmith@bursor.com |
| 27 |                    ykrivoshey@bursor.com |
| 28 | |

|     |                          |                                                                                                                                                                                                                                                       |
| --- | ------------------------ | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   |                          |                                                                                                                                                                                                                                                       |
| 2   |                          | **NATHAN & ASSOCIATES, APC**<br>Reuben D. Nathan (State Bar No. 208436)                                                                                                                                                                               |
| 3   |                          | 600 W. Broadway, Suite 700<br>San Diego, California 92101                                                                                                                                                                                             |
| 4   |                          | Telephone: (619)272-7014<br>Facsimile: (619)330-1819                                                                                                                                                                                                  |
| 5   |                          | E-Mail: rnathan@nathanlawpractice.com                                                                                                                                                                                                                 |
| 6   |                          | *Attorneys for Plaintiffs*                                                                                                                                                                                                                            |
| 7   |                          |                                                                                                                                                                                                                                                       |
| 8   | DATED:  May 6, 2019      | **TUCKER ELLIS LLP**                                                                                                                                                                                                                                  |
| 9   |                          |                                                                                                                                                                                                                                                       |
| 10  |                          | By:     */s/ Ronie M. Schmelz*                                                                                                                                                                                                                        |
| 11  |                          | Ronie M. Schmelz – SBN 130798<br>ronie.schmelz@tuckerellis.com                                                                                                                                                                                        |
| 12  |                          | Amanda Villalobos - SBN 262176<br>amanda.villalobos@tuckerellis.com                                                                                                                                                                                   |
| 13  |                          | 515 South Flower Street<br>Forty-Second Floor                                                                                                                                                                                                         |
| 14  |                          | Los Angeles, CA 90071-2223<br>Telephone:    213.430.3400                                                                                                                                                                                              |
| 15  |                          | Facsimile:     213.430.3409                                                                                                                                                                                                                           |
| 16  |                          | *Attorneys for Defendant Aliph Brands, LLC*                                                                                                                                                                                                           |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED



Date: May 9, 2019

_____
HON. JON S. TIGAR
United States District Judge