**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
        jsmith@bursor.com
        ykrivoshey@bursor.com

**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan (State Bar No. 208436)
600 W. Broadway, Suite 700
San Diego, California 92101
Telephone; (619)272-7014
Facsimile:  (619)330-1819
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GASSER, NORIKO IKEDA, and MELINDA KELLY, on behalf of themselves and all others similarly situated, | Case No.  3:17-cv-01675-JST |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | **[F.R.C.P. 41(a)(1)(A)(ii)]** |
| ALIPH BRANDS, LLC, | |
| Defendant. | |

DISMISSAL; CASE NO: 3:16-CV-1675-JST

1   Plaintiffs Andrew Gasser, Noriko Ikeda and Melinda Kelly, and Defendant Aliph Brands,

2   LLC, by and through their respective attorneys, HEREBY STIPULATE AND AGREE that pursuant

3   to F.R.C.P. 41(a)(1)(A)(ii), Plaintiffs hereby dismiss all claims in this action against Defendant with

4   prejudice.  Except to the extent otherwise provided by written agreement, the parties shall bear their

5   respective fees and costs.

6       IT IS SO STIPULATED

7   Dated:  June 24, 2019          **BURSOR & FISHER, P.A.**

8                      By: _/s/ Joel D. Smith_

9                         Joel D. Smith

10                     L. Timothy Fisher (State Bar No. 191626)
                       Joel D. Smith (State Bar No. 244902)
11                     Yeremey O. Krivoshey (State Bar No.295032)
                       1990 North California Blvd., Suite 940
12                     Walnut Creek, CA  94596
                       Telephone: (925) 300-4455
13                     Email:  ltfisher@bursor.com
                           jsmith@bursor.com
14                         ykrivoshey@bursor.com

15                     **NATHAN & ASSOCIATES, APC**
                       Reuben D. Nathan (State Bar No. 208436)
16                     600 W. Broadway, Suite 700
                       San Diego, California 92101
17                     Telephone: (619) 272-7014
                       Facsimile:  (619) 330-1819
18                     E-Mail: rnathan@nathanlawpractice.com

19
                       *Attorneys for Plaintiffs*
20

21   Dated: June 24, 2019          Respectfully submitted,

22                      _/s/  Ronie M. Schmelz_

23                     TUCKER ELLIS LLP
                       Ronie M. Schmelz
24                     Amanda Villalobos
                       515 South Flower Street, 42nd Floor
25                     Los Angeles, CA  90071
                       Telephone:  (213) 430-3400
26                     Facsimile:  (213) 430-3409

27                     *Attorneys for Defendant*

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF Signature Certification**

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the concurrence in the filing of this

document has been obtained from each of the other signatories.

*/s/ Joel D. Smith*
Joel D. Smith